1   David P. Matthews
    TX No. 13206200
2   Jason C. Webster
    TX No. 24033318
3   **MATTHEWS & ASSOCIATES**
    2905 Sackett St.
4   Houston, TX 77098
    (713) 522-5250
5   (713) 535-7184 facsimile
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12   IN RE: BEXTRA AND CELEBREX                )   **Case No. 06-6697 CRB**
     MARKETING SALES PRACTICES AND             )
13   PRODUCT LIABILITY LITIGATION              )   **MDL NO. 1699**
                                               )   **District Judge:  Charles R. Breyer**
14   _____       )
                                               )
15   James Rhoades, Individually and on behalf of )
     Ann Rhoades,                              )   **STIPULATION AND ORDER OF**
16                                             )   **DISMISSAL WITH PREJUDICE**
                             Plaintiffs,       )
17                                             )
                     vs.                       )
18                                             )
     Pfizer Inc., et al.                       )
19                           Defendants.       )
                                               )
20   _____

21          Come now the Plaintiff, James Rhoades, Individually and on behalf of Ann Rhoades, and

22   Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23   Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24   the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

                                      -1-

1    DATED:  Jan. 12, 2010    MATTHEWS & ASSOCIATES

2

3    By: _____
    David P. Matthews
4    *Attorneys for Plaintiffs*

5    DATED:  Jan. 12, 2010    DLA PIPER LLP (US)

6

7    By: _____
    Michelle W. Sadowsky
8    *Attorneys for Defendants*

9

10

11    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13    Dated: FEB 1 7 2010

14    Hon. Charles R. Breyer
    United States District Court

-2-